**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action No.: 06-cv-01785-PSF-CBS** | FTR - Reporter Deck - Courtroom A402 |
| **Date: April 5, 2007** | **Courtroom Deputy:** Ben Van Dyke |

| | |
|---|---|
| MELANIE J. MORGAN, | Susan Bernhardt |
| | Kevin L. Opp |
| **Plaintiff,** | |
| v. | |
| SYKES ENTERPRISES, INCORPORATED, | John W. Campbell |
| **Defendant.** | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   MOTIONS HEARING**
**Court in Session:   1:22 p.m.**
Court calls case.  Appearances of counsel.

**ORDERED:** Defendant's Motion to Strike Plaintiff's First Amended Complaint [filed December 7, 2006; doc. 8] is denied for the reasons stated on the record. Plaintiff shall file a First Amended Complaint consistent with the discussion on the record by April 13, 2007.

**ORDERED:** Plaintiff's Motion to Extend Time to Join Additional Parties and Amend Pleadings [filed February 16, 2007; doc. 27] is denied without prejudice for the reasons stated on the record.

HEARING CONCLUDED.

**Court in Recess**:   **1:36 p.m.**
Total In-Court Time:     00:14